Attorney for Debtor
Pia J. North, Esq. #29672
**North & Associates, P.C.**
5913 Harbour Park Drive
Midlothian, VA  23112
(804) 739-3700

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: Andrew J. Burgess, Jr. & Bessie T. Burgess          Case No. : 11-30042
Debtors                                                                           Chapter 13
                                                                                        Trustee: Robert E. Hyman

3408 Garland Avenue
Richmond, VA 23222
Debtor SSN Last 4: 2618
Joint SSN Last 4:  3862

**MOTION TO WAIVE DEBTOR FROM SIGNING
CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. §132**8

Comes now the Debtors, Andrew J. Burgess, Jr.  and Bessie T. Burgess, by

counsel, Pia J. North, Esq., pursuant to Federal Bankruptcy Rules 1007 and Local Rule

207, and hereby moves this Court to exempt Bessie T. Burgess  from signing the

Certification of Compliance with 11 U.S.C. §1328.  In support of this motion the debtors

state as follows:

1.  On January 5, 2011 the Debtors filed a voluntary petition for relief under

    Chapter 13 of the Bankruptcy Code.  The Debtors both attended the Meeting

    of Creditors pursuant to 11 U.S.C. §341 on February 24, 2011.

2.  The Debtor, Bessie T. Burgess passed away on October 29, 2012 (see Exhibit

    A).

3. Debtor Andrew J. Burgess, Jr. signed the Certification of Compliance with 11 U.S.C. § 1328 on February 27, 2014 and the Certification was filed herein on February 27, 2014.

4. Debtor Andrew J. Burgess, Jr. completed the Financial Management Course on February 13, 2011 and the Certificate of Debtor Education was filed in this matter on February 23, 2012.

5. Bessie T. Burgess, co-debtor completed her Debtor Education on February 13, 2011 and the Certificate of Debtor Education was filed herein on February 23, 2012.

6. At the time of her death Bessie T. Burgess had not signed the Certification of Compliance with 11 U.S.C. § 1328.

7. The inability of Bessie T. Burgess to Sign the Certification of Compliance with 11 U.S.C. §1328 is in the nature of an incapacity or disability as referenced in 11 U.S.C. §109(h)(4).

8. The attorney for Bessie T. Burgess used Pacer to verify that the debtor has not received a discharge in another Chapter 7, 11, or 12 bankruptcy within 4 years prior to the filing of this Chapter 13 bankruptcy.  The debtor had not received a discharge in another Chapter 13 bankruptcy case that was filed within 2 years prior to the filing of this Chapter 13 case.

9. The debtor did not have nor does he at the present time have equity in excess of $125,000 when his case was filed in 2010. The debtor did not have any pending proceedings for which he can be found guilty of a felony of the kind

described in 11 U.S.C. §522(q)(1)(A); and he did not have any domestic

support obligations due.

10. The late Bessie T. Burgess had an inconsequential estate.  All assets of the

bankruptcy estate for both Andrew J. Burgess, Jr. and Bessie T. Burgess, were

listed in the Schedules filed in this matter.

WHEREFORE, the Debtors, Andrew J. Burgess, Jr. and Bessie T. Burgess by

counsel request that:  Debtor Bessie T. Burgess be exempt from the requirement pursuant

to 11 U.S.C. §727(a)(11) that the debtor sign the Certification of Compliance with 11

U.S.C. §1328; and that Bessie T. Burges be granted a discharge pursuant to 11 U.S.C.

§727.

<div style="margin-left:50%">

Respectfully submitted:
Andrew J. Burgess, Jr.
Bessie T. Burgess


By: /s/ Pia J. North
    Counsel

</div>

Attorney for Debtor
Pia J.  North, Esq. #29672
North & Associates, P.C.
5913 Harbour Park Drive
Midlothian, VA 23112

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: Andrew J. Burgess, Jr. & Bessie T. Burgess         Case No. : 11-30042
      Debtors                                                   Chapter 13
                                               Trustee: Robert E. Hyman

3408 Garland Avenue
Richmond, VA 23222
Debtor SSN Last 4: 2618
Joint SSN Last 4:  3862

## NOTICE OF MOTION

Pia J. North, Attorney for the Debtors having filed papers with the court: Motion to Waive Debtor's signature on the Certification of Compliance with 11 U.S.C. § 1328.

**Your rights may be affected.** You should read these papers carefully and discuss **them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the motion, then <u>on or before March 27, 2014</u> you or your attorney must: File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 E. Broad Street, Room 4000
Richmond, VA 23219

Office of the U.S. Trustee
701 E. Broad Street, Room 4304
Richmond, Virginia 23219

You must also mail a copy to:

Pia J. North, Esquire
5913 Harbour Park Dr
Midlothian, VA 23112

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23218-1780

☐ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☑ Attend the hearing on the motion (or objection) scheduled to be held on **April 2, 2014 at 12:00 PM** at United States Bankruptcy Court, 701 E. Broad Street, Suite 5100, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief

March 12, 2014                                        /s/Pia J. North
                                                     Pia J. North
                                                     5913 Harbour Park Drive
                                                     Midlothian, VA 23112
                                                     (804) 739-3700

**Certificate of Service**

I hereby certify that I have  3/13/2014  I served by ECF or mailed  a true copy of this Motion to Waive Debtor's signature on the Certification of Compliance with 11 U.S.C. § 1328 and Notice of Motion to: the Debtor, the Debtor's Trustee, the United States Trustee and the parties listed on the attached mailing matrix.

                                                     /s/ Pia J. North
                                                     Pia J. North


North & Associates, PC
Pia J. North
5913 Harbour Park Drive
Midlothian, VA 23112

AFNI
404 Brock Drive
Post Office Box 3427
Bloomington, IL 61702-3427

APX Alarm
5132 North 300 Provo
Provo, UT 84604


Audit System Inc.
3696 Ulmerton Road; Suite 200
Clearwater, FL 33762

Bank Of America
Po Box 1598
Norfolk, VA 23501

Barclaysbk
Po Box 8803
Wilmington, DE 19899


Brice, Vander Linden & Wernick
P.O. Box 829009
Dallas, TX 75382-9009

Cap One
Po Box 85520
Richmond, VA 23285

Chase
Po Box 15298
Wilmington, DE 19850


Chase- Bp
P.O. Box 15298
Wilmington, DE 19850

Citi
Po Box 6497
Sioux Falls, SD 57117

City of Richmond Real Estate
Tax Asses. Attn Donna Padgett
900 E. Broad St; Rm 100
Richmond, VA 23219


College Foundation Inc
2917 Highwoods Blvd
Raleigh, NC 27604

Commonwealth of VA-Tax
P.O. Box 2156
Richmond, VA 23218-2156

Gemb/Jcp
Po Box 984100
El Paso, TX 79998

Gemb/Lwsdc
Po Box 981400
El Paso, TX 79998-1400

Gemb/Walmart Dc
Po Box 981400
El Paso, TX 79998

Hfc - Usa
Po Box 3425
Buffalo, NY 14240

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

Hsbc Bank
Po Box 52530
Carol Stream, IL 60196

Internal Revenue Service
Insolvency Unit
Post Office Box 21126
Philadelphia, PA 19114

Marinerfin
7445 Lee Davis Highway
Baltimore, MD 21236

Pinnacle Credit Servic
7900 Highway 7 # 100
Saint Louis Park, MN 55426

Radio/Cbsd
Po Box 6497
Sioux Falls, SD 57117

Unknown
Fact Act
Suppression,

Verizon
Po Box 26055
Minneapolis, MN 55426

Verizon - Bankrutpcy Dept
P.O. Box 3397
Wilmington, IL 61702

Wfnnb/Brylane Home
Po Box 182121
Columbus, OH 43218